Filed 11/17/15  In re N.M. CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re N.M., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B258525 (Super. Ct. No. JV52020-B) (San Luis Obispo County) |
| THE PEOPLE, <br><br>    Plaintiff and Respondent, <br><br> v. <br><br> N.M., <br><br>    Defendant and Appellant. | |

N.M. appeals an order sustaining a petition for juvenile wardship.  (Welf. & Inst. Code, § 602, subd. (a).)

We appointed counsel to represent N. M. on this appeal.  After examining the record, his counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.  On June 11, 2015, we advised N.M. that he had 30 days within which to personally submit any contentions or issues that he wished us to consider.  We received no response.

A petition for juvenile wardship alleged that N.M. possessed heroin in violation of Health and Safety Code, section 11350, subdivision (a).  N.M. admitted the allegation with the understanding he would either participate in a deferred entry of

judgment program or be permitted to withdraw his admission. The juvenile court found he was not suitable for deferred entry of judgment and allowed N.M. to withdraw his admission. After a contested hearing, the court found the allegation true and sustained the petition. It continued N.M. as a ward of the court and removed him from his parents' custody.

We are satisfied that N.M.'s attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende, supra*, 25 Cal.3d at pp. 441, 443.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:


YEGAN, J.


PERREN, J.

Linda D. Hurst, Judge

Superior Court County of San Luis Obispo

_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.